STATE OF NEW JERSEY v. LEVERN BISHOP.

March 25, 1980.

Petition for certification denied.

JOSE NIETO v. ANN KLEIN.

March 25, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MARTIN.

March 25, 1980.

Petition for certification denied.